**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

**PEABODY COAL CO., et al**

       **Petitioners,**

v.                                                              **CASE NO. 23-3183**

**DOWCP, et al**
       **Respondents,**

---

**MOTION TO HOLD IN ABEYANCE**

Peabody Coal Company and Peabody Energy ("Petitioners"), by undersigned counsel, respectfully requests that this Court hold this claim and briefing in abeyance pending a decision in *Eastern Associated Coal v. Tony Setliff*, No. 22-2052. In support of this Motion, Petitioners state the following:

1)      The underlying issues in the above-captioned claim are the same as the underlying issues in *Setliff*, which is already set for briefing.

**2)      Petitioners further state that it is not raising any additional issues beyond those raised in *Setliff*, and specifically we are withdrawing any dispute that the Claimant is entitled to benefits as was determined by the ALJ and affirmed by the Board.**

3)      It would be in the interest of judicial economy to hold this claim in abeyance pending a decision in *Setliff*, while also avoiding any inconsistent decisions within the 4th Circuit Court of Appeals.

Accordingly, Petitioners respectfully request that this Court grant this Motion and issues an Order placing the above-captioned claim into abeyance pending a decision in *Setliff*.

Respectfully Submitted,

/s/ H. Brett Stonecipher, Esq.
H. Brett Stonecipher, Esq.
**REMINGER CO., LPA**
333 West Vine Street, Suite 1670
Lexington, Kentucky 40507
T:  859-426-4636
F:  859.233.1312
Email:  bstonecipher@reminger.com

**Certificate of Service**

I hereby certify that on May 23, 2023, the undersigned served the foregoing Motion to Hold in Abeyance on the following by ECF:

Ryan Driskell, Esq
Yonts Sherman & Driskell
*Counsel for Respondent*

U.S. Department of Labor
Office of the Solicitor
*Counsel for Respondent*

/s/ H. Brett Stonecipher, Esq.
H. Brett Stonecipher, Esq.