UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

**PEABODY COAL COMPANY, et al**
       **Petitioner,**
v.                                                          **CASE NO. 23-3183**
**DOWCP, et al.**
       **Respondent,**

---

## MOTION TO REINSTATE

Comes now, Petitioners, Peabody Coal Company and Peabody Energy, and respectfully requests that the above-captioned be reinstated to the active docket.  In support of this Motion, Petitioners state the following:

1) Counsel for Petitioner currently has more than 10 cases pending before the 6th Circuit Court of Appeals and more than 20 cases pending before the 4th Circuit Court of Appeals.

2) Due to the numerous cases and different deadlines, Counsel for Petitioner inadvertently mixed up the deadlines in this case with a briefing deadline in an associated case.

3) Previously, Petitioners have received a reminder or a second, shortened, deadline to remedy the missing documents.

4) Petitioners filed a Motion to Hold the Case and Briefing in Abeyance pending a decision in a related matter, which would be in the interest of judicial economy.

Wherefore, Petitioners respectfully requests that the above-captioned case be reinstated to the active docket.

Respectfully submitted,

/s/ H. Brett Stonecipher, Esq.
H. Brett Stonecipher, Esq.
Reminger, Attorneys at Law
333 West Vine St., Suite 1670
Lexington, KY 40507
(859) 233-1311 – Phone
(859-233-1312 – Fax
bstonecipher@reminger.com

## Certificate of Service

I hereby certify that on May 23, 2023 the undersigned filed the foregoing Motion to Amend with the 6th Cir. Court of Appeals via CM/ECF and served on the following by ECF:

Ryan Driskell, Esq.
Yonts, Sherman & Driskell
*Counsel for Respondent*

U.S. Department of Labor
Office of the Solicitor
*Counsel for Respondent*

/s/ H. Brett Stonecipher, Esq.
H. Brett Stonecipher, Esq.